| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Sally K. Carter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS | | |
| Case number (if known) | 23-90157 | | |

■ Check if this is an amended filing

## Official Form 107
### Statement of Financial Affairs for Individuals Filing for Bankruptcy         04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ■ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 204 N. Neil St., Apt. B Champaign, IL 61820 | From-To: 8-22 through date of filing (stayed off and on, at husband's apartment but not full-time residence) | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 1603 W Point Dr. Mahomet, IL 61853 | From-To: 8-2020 to 7-2022 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 14081 N. 80 E. Rd. Homer, IL 61849 | From-To: 2019 to 8-2020 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Sally K. Carter**                                    Case number *(if known)* **23-90157**

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   |  | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $4,581.80 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
   | | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $9,168.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
   | **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $52,432.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
   | **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $241,348.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

   |  | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1  **Sally K. Carter** _____  Case number *(if known)* **23-90157** _____

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| James Carter, Jr.<br>204 N. Neil St., Apt. B<br>Champaign, IL 61820 | various Cash App payments/reimbursements over past year prior to filing and $200 6-19-2022 via Apple Pay | $9,070.00 | $0.00 | (husband) various transfers to and from Debtor and spouse over past year |
| Jalyece Carter<br>204 N. Neil St., Apt. B<br>Champaign, IL 61820 | 5-19-22 $100; 10-19-22 $40; 11-15-22 $40; 1-11-23 $180; 2-7-23 $40; 2-8-23 $500 (reimb) and 6-19-22 $30 via Apple Pay | $930.00 | $0.00 | (daughter, age 21) various transfers and reimbursements over past year |
| Emma Barron<br>417 Paddock Dr. West<br>Savoy, IL 61874 | 5-19-22 $100 (rent); 4-15-22 $100 (rent); 6-22-22 $100 (rent); 7-15-22 $100 (rent), 8-17-22 $100 (rent), 9-16-22 $100 (rent); 7-11-22 $1,000 (loan repayment); 10-17-22 $100 (rent;, 10-25-22 (loan repayment); 11-17-22 $100 (rent); 12-17-22 $100 (rent); 1-17-23 $100 (rent); 2-17-23 $100 (rent); 3-1-23 $100 (rent); 3-17-23 $100 (rent) | $2,300.00 | $0.00 | (Debtor's mother, age 71) various transfers over past year |

Debtor 1  Sally K. Carter                                                  Case number (if known) 23-90157

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Cornicha Henderson (f/k/a West) Atlanta, GA 30519 | 7-11-22 | $500.00 | $0.00 | (sister, age 46)) payment of short-term loan and family support via Apple Pay |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Tap In Academy, Inc. Champaign, IL 61820 | 7-1-22 | $5,000.00 | $0.00 | legal fees paid to James Taylor, Esq. 9401 S. Forest Ave, Chicago, IL 60619 for defense of Tap In Academy, Inc. lawsuit - Champaign County |
| James Carter, III ("JC" Carter) Champaign, IL 61820 | 9-29-22 $1,000; 11-7-22 $500; 12-21-22 $500; 2-17-23 $300 | $2,300.00 | $0.00 | legal fees paid to Ruth Wyman, Esq., 202 S. Broadway Ave., Urbana, IL 61801, for Debtor's son, James Carter, III ("JC" Carter) age 22 |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Bank of America v. Carter 2022-SC-00421 | collection | Champaign County Circuit Clerk Champaign County Courthouse 101 E. Main St. Urbana, IL 61801 | ■ Pending ☐ On appeal ☐ Concluded suit filed/judgment not yet entered |
| Bridget Kao v. Sally K. Carter and Sally K. Carter, LLC 2022-SC-00421 | collection | Champaign County Circuit Clerk Champaign County Courthouse 101 E. Main St. Urbana, IL 61801 | ■ Pending ☐ On appeal ☐ Concluded judgment entered/citation pending |

Debtor 1   Sally K. Carter                                             Case number (if known) 23-90157

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Ill. Department of Human Services v. Tap In Leadership Academy, Inc. 2021-L-000012 | collection | Champaign County Circuit Clerk Champaign County Courthouse 101 E. Main St. Urbana, IL 61801 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Summary Judgment entered in favor of Plaintiff 2-2-23 |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

    ■ No
    ☐ Yes

### Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ☐ No
    ■ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | **Person to Whom You Gave the Gift and Address:**<br>James Carter III ("JC" Carter)<br>204 N. Neil St., Apt. B<br>Champaign, IL 61820<br><br>Person's relationship to you: **son, age 22** | various gifts/support/family assistance given to son over past 2 years including contributing to son's legal fees. | various dates over past 2 years | $7,920.00 |
    | James Carter III ("JC" Carter)<br>204 N. Neil St., Apt. B<br>Champaign, IL 61820<br><br>Person's relationship to you: **son, age 22** | Jail/ATM Deposits (support) family assistance for son while incarcerated | 5-17-22 through 9-14-22 | $990.00 |
    | James Carter III ("JC" Carter)<br>204 N. Neil St., Apt. B<br>Champaign, IL 61820<br><br>Person's relationship to you: **son, age 22** | Securus deposits (for inmate phone calls during incarceration) | 3-17-22 through 9-14-22 | $515.00 |

Debtor 1  **Sally K. Carter** _____   Case number (*if known*) **23-90157**

| Gifts with a total value of more than $600 per person<br><br>**Person to Whom You Gave the Gift and Address:** | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Jalyece Carter**<br>204 N. Neil St., Apt. B<br>Champaign, IL 61820<br><br>Person's relationship to you: **daughter - age 21** | various gifts/support/family assistance given to daughter over past 2 years | over past 2 years | $1,242.00 |
| **Emma Barron**<br>417 Paddock Dr., West<br>Savoy, IL 61874<br><br>Person's relationship to you: **Debtor's mother (age 71)** | 8-12-22 $400 cash gift and 8-29-22 $300 cash gift (for clothes dryer); 3-14-22 $1,500 towards purchase of used van | over past 2 years | $2,200.00 |
| **George Henderson**<br>c/o Dixon Correctional Center<br>Dixon, IL<br><br>Person's relationship to you: **father, age 71** | various gifts/support to/for living expenses for father over past 2 years; incarcerated | over past 2 years | $834.60 |
| **Brianna West**<br>c/o Tennessee State University<br>Nashville, TN<br><br>Person's relationship to you: **niece, age 23** | various gifts/family assistance over past 2 years (See Exhibit "A") | over past 2 years | $1,010.00 |
| **Monique Riley (Pierre)**<br>Urbana, IL 61801<br><br>Person's relationship to you: **sister, age 40** | various gifts/family assistance over past 2 years (See Exhibit "A") | over past 2 years | $660.00 |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    - ☐ No
    - ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **TD Jakes Ministries**<br>Dallas, TX | approx. $170 charitable contribution | over past 2 years | $170.00 |
| **Blessing Sally Akinyousoye Foundation**<br>Ibadan, Oyo, Nigeria | Charitable contributions 2-10-23 $200; 1-23-23 $100; 1-11-23 $450; 1-07-23 $30; 1-07-22 $600; 11-3-22 $500; 8-17-22 $500; 7-20-22 $500 5-19-22 $200; 4-27-22 $200; 4-17-22 $300; 4-14-22 $200; 3-27-22 $500 | over past 2 years | $4,280.00 |
| **OBAN Ministries** | $150 charitable contribution | over past 2 years | $150.00 |

| Debtor 1 | Sally K. Carter | Case number (if known) | 23-90157 |
|---|---|---|---|

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Prillaman & Moore, Ltd.<br>220 West Main Street<br>Urbana, IL 61801<br>rlprillama@aol.com | Attorney Fees $1,500 plus $338 filing fee | 3-31-23 and 4-3-23 | $1,838.00 |
| 001 Debtorcc, Inc. | credit counseling | 1-19-23 | $30.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Federal Home Loan Mortgage/Arvest Mortga<br>5000 Plano Pkwy.<br>Carrollton, TX 75010<br>none | single family home at 602 Silver Lake Court, Savoy, IL 61874 (purchased in 2013 for $453,000) (balance was $504,596 at time) zillow estimate of $529,000 | deed in lieu foreclosure with husband, James Carter, Jr. | 2-18-21 |

| Debtor 1 | Sally K. Carter | Case number (if known) | 23-90157 |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)
    ■ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ☐ No
    ■ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | Busey Bank<br>201 W. Main St.<br>Urbana, IL 61801 | XXXX-2590 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | business checking closed by bank in December of 2022 | $0.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.
    ■ No
    ☐ Yes. Fill in the details.

    | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

| Debtor 1 | Sally K. Carter | Case number (if known) | 23-90157 |
|---|---|---|---|

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site | Governmental unit | Environmental law, if you | Date of notice |
   | Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25. Have you notified any governmental unit of any release of hazardous material?

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site | Governmental unit | Environmental law, if you | Date of notice |
   | Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No
   ☐ Yes. Fill in the details.

   | Case Title | Court or agency | Nature of the case | Status of the |
   | Case Number | Name | | case |
   | | Address (Number, Street, City, State and ZIP Code) | | |

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ■ An officer, director, or managing executive of a corporation

   ■ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies. Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

   | Business Name | Describe the nature of the business | Employer Identification number |
   | Address | | Do not include Social Security number or ITIN. |
   | (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
   | | | Dates business existed |

Debtor 1  Sally K. Carter                                Case number (if known) 23-90157

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| The Royal Academy, LLC, includes series names: Kidz S.T.E.A.M., Power Lab,<br>Arcola Royal Academy & Royal Castle, LLC<br>1000 E. #133<br>Arcola, IL 61910 | member - daycare center (not in good standing) Royal Academy, Arcola ceased operating in 2021; The Royal Castle ceased operations Oct. 2021, Kidz S.T.E.A.M. ceased operations Dec. 2021<br><br>Yettke & Assoc., Champaign, IL | EIN: 82-4456276<br><br>From-To (organized 2-16-2018 to 8-12-2022)(dissolved by Sec. of State) |
| Sally K. Carter, LLC<br>1807 S. Neil St.<br>Champaign, IL 61820 | education business consulting-currently not in good standing (One Square Four Sides, LLC and Central & West End LLC) (series names reserved w/IL SOS)<br><br>Dean Katsaros & Assoc.<br>2301 Village Green Place, B<br>Champaign, IL 61822 | EIN: 88-0635048<br><br>From-To 11-2021 to 12-2022 (presently inactive) |
| The Royal Angels Foundation, Inc.<br>115 EgyptianTrail<br>Arcola, IL 61910 | Illinois Not-For-Profit corporation; associated with R oyal Academy, LLC, registered agent<br><br>no accountant used | EIN: 84-5148815<br><br>From-To incorporated 3-17-2020/dissolved by Sec. of State 08-18-2023 |
| Tap In Leadership Academy, Inc.<br>103 Country Fair Dr.<br>Champaign, IL 61821 | not-for-profit; invol. dissolved 2-8-2019 and 2011 Round Barn Dr., Champaign, IL 61821<br><br>Nancy Mickenbecker, Bookkeeper with Second Winds Consulting secondwindsconsulting.com | EIN: 27-3511477<br><br>From-To 2010-2/8/2019 (invol. dissolved) (closed approx.+ 4 years ago) |
| Sally Carter<br>1603 W. Point Dr.<br>Mahomet, IL 61853 | sole proprietorship/independent contractor with University of Illinois (1 year Subaward Contract) | EIN: xxx-xx-3306<br><br>From-To 12-23-21 through 12-23-22 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

Name                                Date Issued
Address
(Number, Street, City, State and ZIP Code)

| Debtor 1 | Sally K. Carter | Case number (if known) | 23-90157 |
|---|---|---|---|

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_[signed]_
Sally K. Carter
Signature of Debtor 1

Signature of Debtor 2

Date  11/22/2023

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).